James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, Constance Mandle

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| CONSTANCE MANDLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELIASTAR LIFE INSURANCE COMPANY.<br><br>　　　　　Defendants. | Case Number 1:11-CV-01630-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER** |

   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Constance Mandle voluntarily dismisses the above-captioned action, with prejudice. The parties to the action, including Plaintiff and Defendant ReliaStar Life Insurance Company, hereby stipulate to the dismissal by and through their counsel of record.

//

//

//

//

//

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Stipulation and Proposed Order for Dismissal

The parties have agreed that each side shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: November 21, 2012

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By   /s/ Stephanie M. Grewal
James H. Wilkins
Stephanie M. Grewal
Attorneys for Plaintiff Constance Mandle

DATED: November 21, 2012          NILAN JOHNSON LEWIS PA

By   /s/ Bradley J. Betlach
Bradley J. Betlach
Attorneys for Defendant,
ReliaStar Life Insurance Company

### ORDER

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.  Each side shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   November 21, 2012

UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

2

Stipulation and Proposed Order for Dismissal